## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT LEXINGTON
## CIVIL ACTION NO. _____
### *Electronically Filed*

**MISTY LYNN WESLEY**                                                                  **PLAINTIFF**

**v.**

**ACCESSIBLE HOME CARE, ET AL.**                                              **DEFENDANTS**

___

### MOTION TO DISMISS
___

Defendants BS & B2, LLC, d/b/a Accessible Home Care of the Bluegrass ("AHC"), Bill Hughes, Kaye Hughes, Sheila Rouse, Michelle Walters, and Mark Williams (collectively "Defendants"), by and through counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move the Court dismiss all claims asserted and all parties named in Plaintiff Misty Lynn Wesley's Complaint. A memorandum in support and proposed order are attached.

Respectfully submitted,

**/s/ Matthew T. Lockaby**
Matthew T. Lockaby
Lockaby PLLC
1795 Alysheba Way, Suite 4207
Lexington, Kentucky 40509
Tele:   859.263.7884
Fax:    844.270.3044
Email: mlockaby@lockabylaw.com

*Counsel for Defendants, BS & B2, LLC, d/b/a Accessible Home Care of the Bluegrass, Bill Hughes, Kaye Hughes, Sheila Rouse, Michelle Walters, and Mark Williams*

**EXHIBIT 8**

- 2 -

## CERTIFICATE OF SERVICE

       This is to certify that on June 4, 2018, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

       This is to further certify that on June 4, 2018, I sent the foregoing Motion to Dismiss to the following via First Class U.S. Mail, postage pre-paid:

Misty Lynn Wesley
P.O. Box 24363
Lexington, Kentucky 40524
*Plaintiff, Pro Se*

                                          **/s/ Matthew T. Lockaby**
                                          Matthew T. Lockaby