UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MISTY LYNN WESLEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 18-377-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ACCESSIBLE HOME CARE, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and Pursuant to the Memorandum Opinion and Order entered this date in Lexington Civil Action No. 5: 18-200-DCR, it is hereby

**ORDERED** as follows:

1. This matter is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: December 6, 2018.



Signed By: *Danny C. Reeves*
United States District Judge